IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| JOSE E. CAMPOS, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> OIL STATES ENERGY SERVICES, LLC, <br>     Defendant. | § § § § § § § § § | CIVIL ACTION NO. V-15-022 |

## ORDER

It is hereby **ORDERED** that by **August 24, 2015**, Plaintiffs shall either present evidence of service on Defendant or show cause why this case should not be dismissed for lack of service. <u>Plaintiffs are advised that failure to comply will result in dismissal of this case pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.</u>

SIGNED at Houston, Texas, this 8th day of **June, 2015**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE