UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **JOSE E. CAMPOS, ET AL** § | § | CIVIL ACTION |
| *Plaintiffs* § | § | |
| vs. § | § | NO. 6:15-CV-00022 |
| § | § | |
| **OIL STATES ENERGY** § | § | JURY DEMANDED |
| **SERVICES** § | § | |
| § | § | |
| *Defendant* | | |

PLAINTIFFS' NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jose E. Campos, Rodrigo Garza III, Odell Godfrey, Patrick Johnson, Hugo Hernandez, Daniel Hernandez, Mark Lafleur, Virgil James Lewis, Marcus Saenz, Robert Smith, Jason Taylor and Herlindo Vences as Plaintiffs and file their Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant is Oil States Energy Services. In support, Plaintiffs would show the court that:

1. Defendant Oil States Energy Services has not been served with process.

2. Plaintiffs now move to dismiss the suit.

3. This case is not a class action.

4. A receiver has not been appointed in this case.

5. This case is not governed by any federal statute that requires a court

order for dismissal of the case.

6. Plaintiffs have not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

7. This dismissal is without prejudice to re-filing as to Plaintiffs' claims against Defendant for failing to pay overtime wages as required by the Fair Labor Standards Act (FLSA). *See* 29 U.S.C. § 201, *et seq.*, and for any other claim that Plaintiffs have, known or unknown, against Defendant.

    Respectfully submitted,

    By: /s/ Clark Woodson III
    CLARK WOODSON III
    601 East Myrtle
    Angleton, Texas 77515
    (979) 849-6080 Telephone
    (832) 202-2809 Facsimile
    State Bar No. 00794880
    S.D. Tex. No. 21481
    **Attorney for Plaintiffs**