IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| JOSE E. CAMPOS, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. V-15-022 |
| | § | |
| OIL STATES ENERGY SERVICES, LLC, | § § | |
|     Defendant. | § § | |

## DISMISSAL ORDER

Pursuant to Plaintiffs' Notice of Dismissal [Doc. # 3], it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED at Houston, Texas, this 21st day of **August, 2015**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE